UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEMEL CRAWFORD,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; VERIZON,<br><br>      Defendant. | Case No.: 2:19-cv-03268<br><br>**STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Jemel Crawford and Defendant, Experian Information Solutions, Inc., that the above-entitled action is hereby dismissed against Defendant, Experian Information Solutions, Inc., with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 4, 2020.

Respectfully submitted,

*/s/ Steven W Magnusson*
Steven W. Magnusson, Esq.
Jones Day
250 Vesey Street
New York, NY 10281-1047
(212) 326-3625
smagnusson@jonesday.com
*Attorney for Experian Information Solutions Inc.*

*/s/ Nicholas Linker*
Nicholas Linker, Esq.
Zemel Law LLC
1373 Broad Street – Suite 203-C
Clifton, NJ 70130
(862) 227-3106
nl@zemellawllc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2020, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*/s/ Nicholas Linker*
Nicholas Linker, Esq.