**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEMEL CRAWFORD,**　　　　　　　　　　*Plaintiff*　　　v.　　**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**　　　　　　　　　　*Defendants* | Case No. 2:19-cv-03268-JDW |

### ORDER

**AND NOW**, this 14th day of January, 2021, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that this case is removed from suspense, and Plaintiff's action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　　　JOSHUA D. WOLSON, J.